Alisia Hargest-Davis
        Plaintiff

vs Crescent M&P,LLC          CAUSE No. 01-15-00328-CV

# MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED BRIEF

I, Alisia Hargest-Davis, respectfully request an extension to file an Amended Brief on the above Cause No. 01-15-00328-CV.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 17 2015

CHRISTOPHER A. PRINE
CLERK

Alisia Hargest-Davis
P.O. Box 31098
Houston, Texas 77231
email-avhargestdavis@gmail.com
Appellant Pro Se

Original filed with the clerk of this court, along with any fees required by the clerk, and copies emailed and faxed on this date Nov. 17, 2015.

Anthony W. Reed, Esq.
Texas Bar No. 24029789
The Reed Law Group, PLLC.
3245 Main Street, Ste. 235-346
Frisco, Texas 75034
Tel: 469-579-5739
Fax: 214-975-6854

# CERTICATE OF SERVICE

I hereby certify that on this 17th day of Nov., 2015 I served the forgoing Notice of Appeal via email and/or fax to

Anthony W. Reed, Esq
Texas Bar No. 24029789
The Reed Law Group, PLLC.
3245 Main Street, Ste. 235-346
Frisco, Texas 75034
Tel: 469-579-5739
Fax: 214-975-6854